This document contains some
pages that are of poor quality
at the time of imaging.

JAMES OSTRANDER #1675595
HUGHES UNIT
RT 2, BOX 4400
GATESVILLE, TEXAS 76597

April 29, 2015

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TEXAS 78711

Dear Clerk,

Enclosed is the PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS
to be filed. Please assign a cause number, and stamp file copy of this
cover letter and return to me in the self-addressed stamped envelope
that I've provided.

Thank you for your attention in this matter.

Sincerely,

James Ostrander

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 29 2015

Abel Acosta, Clerk

Cause No._____

JAMES OSTRANDER                           §        IN THE IN66TH JUDICIAL
TDCJ-ID# 1675595,                         §              TRUE
          Relator                         §              THE
                                          §        DISTRICT COURT OF
vs.                                       §        COURT OF CRIMINAL APPEALS
WANDA PRINGLE, COUNTY DISTRICT CLERK:     §
IN HER OFFICIAL CAPACITY,                 §        R AAUSTIN, TEXAS TEXAS
          Respondent                      §


A.  PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS


TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW, James Ostrander, TDCJ-ID# 1675595, Relator, pro se in the above-styled and numbered cause of action and files this Original Application For Writ of Mandamus, pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure, and would show the court the following:

   B. RELATOR                          I.

1.01 James Ostrander, is a prisoner incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at the:

Hughes Unit
Rt. 2, Box 4400
Gatesville, Texas 76597

1.02 Relator has exhausted his remedies and has not other adequate remedy at law.

1.03  The act sought to be compelled is ministerial, not discretionary in nature. TCCP Art. 11.07 Section 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date

1,

upon which that finding was made have been transmitted to the Court of Criminal

Appeals. Had such documents been transmitted to the Court of Criminal Appeals

by Respondent as required by statue, Relator would have received notice

from the Court of Criminal Appeals. by Respondent as required by statute,

Relator would have rec                    II.

**C. RESPONDENT**

2.01 Respondent, Wanda Pringle, in her capacity as District Clerk of Earth

County,Texas has a ministerial duty to receive and file all papers in

a criminal proceeding, and perform all other duties imposed on the clerk

by law pursuant to TCCP Art. 2.21, and is responsible under TCCP 11.07

Sec. 3(c) to immediately transmit to the Court of Criminal Appeals

a copy of the application for writ of habeas corpus, and answers filed,

and a certificate reciting the date upon which that finding was made if

the convicting court decides that there are no issues to be resolved.

Wanda Pringle, District Clerk, of Earth County may be served at her place

of business at P.O. Box 1427, Stephenville,Texas 76401.

III.

**D. VIOLATION OF ARTICEE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE**

3.01 The Respondent violated Art. 11.07 Sec. 3(c) of the Texas Code of

Criminal Procedure by failing to provide a copy of the application for

writ of habeas corpus, any answers filed, and a certificate reciting the

date upon which that finding was made to the Court of Criminal Appeals

within the time prescribed by law and within a reasonable time from the

date on which the documents were requested to be transmitted.

3.02 Request for the transmittal of the application for writ of habeas

corpus was made by Relator to Wanda Pringle, District Clerk of Earth County

2.

and Respondent has refused to stamp file the date of the copy that Relator has sent her, and Respondent kept the self-addressed-stamped envelope. A true and correct copy of the ~~same~~ ~~XXXXXX~~ above letter is attached hereto as Exhibit-A and is incorporated by reference herein for all purposes.

3.03 To date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

3.04 Relator has repeatedly put Respondent on notice that Relator seeks the transmittal of a copy of the application for writ of habeas corpus, any answers filed, and ~~XXXX~~ a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals. In contrast to Relator's efforts, Respondent has wholly failed to comply ~~XX~~ with the Texas Code of Criminal Procedure, Art. 11.07 Sec. 3(c), is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his correspondence and requests.

3.05 Article 11.07 Sec. 3(c) clearly states that "[i]f the convicting court decides that there are no such issues, **the clerk shall immediately transmit** [emphasis added] to the Court of Criminal Appeals a copy of the application, any answers filed, and a certificate reciting the date upon which that finding was made. Failure of the court to act within the allowed 20 days shall constitute such a finding." ~~XXXXXX~~ Texas Code of Criminal Procedure ~~XXXXXXX~~ Article 11.07 Sec. 3(c). Respondent is in violation of this procedure, ministerial duties, and thus the laws of this state.

3.

IV.

**E. PRAYER FOR RELIEF**

B   WHEREFORE, PREMISES CONSIDERED, Relator, James Ostrander, pro se, respect-

fully requests a finding that the Respondent did not transmit documents

to the Court of Criminal Appeals within a reasonable time after the date

they were requested and that Relator brought this litigation in good faith

and has substantially prevailed. Relator prays for an Order directing

Respondent to transmit copy of the application for writ of habeas corpus,

any answers filed, and a certificate reciting the date upon which that

finding was made to the Court of Criminaol Appeals as directed in Art. 11.07

Sec. 3(c) of the Texas Code of Criminal Procedure and as requested in

Relator's letter (Exhibit-A).

Respectfully submitted,

RELATOR, James Ostrander

UNSWORN DECLARATION

I, James Ostrander, TDCJ# 1675595, being presently incarcerated in the
Hughes Unit of the Texas Department of Criminal Justice in Coryell County,
Texas verify and declare under the penalty of perjury that the foregoing
statements and Exhibit-A are true and correct. Executed on this
the 29th day of April, 2015.

James Ostrander #1675595
Hughes Unit
Rt 2, Box 4400
Gatesville,Texas 76597
(254) 865-6663

4.

Cause No. _____

JAMES OSTRANDER                 §                    IN
TDCJ-ID# 1675595,               §
⬩        Relator                §                   THE
                                §
vs.                             §        COURT OF CRIMINAL APPEALS
                                §
WANDA PRINGLE, COUNTY DISTRICT  §              AUSTIN, TEXAS
CLERK: IN HER OFFICIAL CAPACITY,§
          Respondent            §

## ORDER

On this day, came on to be heard the foregoing ~~XXXXXXXX~~ Plaintiff's

Original Application for Writ of Mandamus and it appears to the Court that

the same should be:

_____GRANTED

IT IS THEREFORE ORDERED THAT the District Clerk shall immediately ~~transmit~~

transmit to the Court of Criminal Appeals a copy of the application for

writ of habeas corpus, any answers filed, and a certificate reciting the

date upon which that transmittal was made.

SIGNED on this the ____ day of _____, 20____ .


_____
PRESIDING JUDGE

JAMES OSTRANDER #1675595
HUGHES UNIT
RT 2, BOX 4400
GATESVILLE, TEXAS 76597

MARCH 20, 2015

To: WANDA PRINGLE, DISTRICT CLERK
P.O. BOX 1427
STEPHENVILLE, TX 76401

Dear Mrs. Pringle,

This Request is in regarding to Ex parte James Ostrander, writed CR 13263-A, in the 266th Judicial District Court of Earth County, Texas. Mrs. Wanda, on 11/7/13, the habeas corpus was filed under the above styled and numbered cause. The writ was denied, but it was never forward to the Court of Criminal Appeals. So I am making this request to you. Please forward the writ to the Court of Criminal Appeals pursuant to TCCP 11.07 Section 3(c).

Furthermore, enclosed is a copy of this request letter. Please stamp file copy the indicate the date you received and filed this letter under the above style and numbered cause. I'm also including a self-addressed-stamped envelope for the return of the stamp filed copy.

Thank you for your concern in this matter.

Sincerely yours,

James Ostrander #1675595
Hughes Unit
Rt 2, Box 4400
Gatesville, Texas 76597

[Exhibit-A]

## CERTIFICATE OF SERVICE

I, James Ostrander, Relator, pro se, herein certify that I have mailed the foregoing PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS by placing same, in a prison mail box, with first-class, pre-paid postage affixed thereon, on this 29th day of April, 2015, addressed to:

The Court of Criminal Appeals
P.O. Box 12308
Austin,Texas 78711

By _____
    James Ostrander